WRIGHT, FINLAY & ZAK, LLP
Edgar Smith, Esq.
Nevada Bar No. 5506
7785 W. Sahara Avenue, Suite 200
Las Vegas, NV 89117
(702) 475-7964; Fax: (702) 946-1345
esmith@wrightlegal.net
*Attorney for Plaintiff, The Bank of New York Mellon fka The Bank of New York, as Trustee for the Certificateholders of the CWALT, Inc., Alternative Loan Trust 2006-41CB, Mortgage Pass-Through Certificates, Series 2006-41CB*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF THE CWALT, INC., ALTERNATIVE LOAN TRUST 2006-41CB, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-41CB, <br><br> Plaintiff, <br> vs. <br><br> SOUTHERN HIGHLANDS COMMUNITY ASSOCIATION, a Nevada non-profit corporation, <br><br> Defendants. | Case No.: 2:17-cv-02327-RFB-PAL <br><br> **STIPULATION AND ORDER TO EXTEND DEADLINES** <br><br> **FIRST REQUEST** |

Plaintiff, The Bank of New York Mellon fka The Bank of New York, as Trustee for the Certificateholders of the CWALT, Inc., Alternative Loan Trust 2006-41CB, Mortgage Pass-Through Certificates, Series 2006-41CB (hereinafter "Plaintiff"), and Defendant, Southern Highlands Community Association (hereinafter "Defendant"), by and through their attorneys of record, stipulate as follows:

1. The parties agree to extend the deadline for Plaintiff to file its response to Defendant Southern Highlands Community Association's Motion to Dismiss to February 15, 2018.

2. The parties further agree to extend the deadline for Defendant to file its reply in support of Motion to Dismiss to February 22, 2018.

This is the parties' first request for extension of these deadlines, and is not intended to cause any delay or prejudice to any party.

Dated this 8th day of February, 2018.
WRIGHT, FINLAY & ZAK, LLP

/s/ Matthew S. Carter, Esq.
Edgar Smith, Esq.
Nevada Bar No. 5506
Matthew S. Carter, Esq.
Nevada Bar No. 09524
7785 W. Sahara Avenue, Suite 200
Las Vegas, NV 89117
*Attorney for Plaintiff, The Bank of New York Mellon fka The Bank of New York, as Trustee for the Certificateholders of the CWALT, Inc., Alternative Loan Trust 2006-41CB, Mortgage Pass-Through Certificates, Series 2006-41CB*

Dated this 12th day of February, 2018.
ALVERSON, TAYLOR, MORTENSEN & SANDERS

/s/ Kurt R. Bonds, Esq.
Kurt R. Bonds, Esq.
Nevada Bar No. 6228
6605 Grand Montecito Parkway, Suite 200
Las Vegas, NV 89149
*Attorney for Defendant, Southern Highlands Community Association*

**ORDER**

**IT IS SO ORDERED** that the deadline for Plaintiff to file its response to Defendant Southern Highlands Community Association's Motion to Dismiss is extended to February 15, 2018.

**IT IS FURTHER ORDERED** that the deadline for Defendant to file its reply in support of Motion to Dismiss is extended to February 22, 2018

Dated this __13th__ day of __February__, 2018.

_____
RICHARD F. BOULWARE, II
United States District Judge