WRIGHT, FINLAY & ZAK, LLP
Edgar Smith, Esq.
Nevada Bar No. 5506
7785 W. Sahara Avenue, Suite 200
Las Vegas, NV 89117
(702) 475-7964; Fax: (702) 946-1345
esmith@wrightlegal.net
*Attorney for Plaintiff, The Bank of New York Mellon fka The Bank of New York, as Trustee for the Certificateholders of the CWALT, Inc., Alternative Loan Trust 2006-41CB, Mortgage Pass-Through Certificates, Series 2006-41CB*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF THE CWALT, INC., ALTERNATIVE LOAN TRUST 2006-41CB, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-41CB,<br><br>Plaintiff,<br>vs.<br><br>SOUTHERN HIGHLANDS COMMUNITY ASSOCIATION, a Nevada non-profit corporation,<br><br>Defendants | Case No.: 2:17-cv-02327-RFB-PAL<br><br>**STIPULATION AND ORDER TO DISMISS** |

IT IS HEREBY STIPULATED AND AGREED by Plaintiff, The Bank of New York Mellon fka The Bank of New York, as Trustee for the Certificateholders of the CWALT, Inc., Alternative Loan Trust 2006-41CB, Mortgage Pass-Through Certificates, Series 2006-41CB (hereinafter "BONY"), and Defendant, Southern Highlands Community Association (hereinafter "Defendant"), by and through their attorneys of record, that all claims between them in this matter be dismissed with prejudice, with each party to bear its own fees and costs.

///

**IT IS SO STIPULATED.**

| | |
|---|---|
| Dated this ___ day of October, 2018. | Dated this ___ day of October, 2018. |
| WRIGHT, FINLAY & ZAK, LLP | ALVERSON, TAYLOR & SANDERS |
| _____ | _____ |
| Edgar Smith, Esq. | Kurt R. Bonds, Esq. |
| Nevada Bar No. 5506 | Nevada Bar No. 6228 |
| 7785 W. Sahara Avenue, Suite 200 | 6605 Grand Montecito Parkway, Suite 200 |
| Las Vegas, NV 89117 | Las Vegas, NV 89149 |

*Attorney for Plaintiff, The Bank of New York Mellon fka The Bank of New York, as Trustee for the Certificateholders of the CWALT, Inc., Alternative Loan Trust 2006-41CB, Mortgage Pass-Through Certificates, Series 2006-41CB*

*Attorney for Defendant, Southern Highlands Community Association*

Case No.: 2:17-cv-02327-RFB-PAL

**ORDER**

**IT IS SO ORDERED.**

Dated this __17th__ day of October, 2018.

_____
RICHARD F. BOULWARE, II
United States District Court